1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6            FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   CHARLES D. WILLIAMS, SR.,           )   No. C 07-2404 JSW (PR)
                                        )
9              Plaintiff,               )
                                        )   **ORDER OF TRANSFER**
10      vs.                             )
                                        )   (Docket Nos. 2, 3)
11  BUTTE COUNTY SHERIFF, et al,        )
                                        )
12             Defendants.              )
                                        )
13
14        Plaintiff is a prisoner currently incarcerated at the Butte County Jail in Oroville,
15  California. He filed this civil rights action challenging the actions of deputies of the
16  Butte County Sheriff's office regarding his medical care while incarcerated there.
17  Oroville, California is located in Butte County, within the venue of the United States
18  District Court for the Eastern District of California.
19        When jurisdiction is not founded solely on diversity, venue is proper in the
20  district in which (1) any defendant resides, if all of the defendants reside in the same
21  state, (2) the district in which a substantial part of the events or omissions giving rise to
22  the claim occurred, or a substantial part of property that is the subject of the action is
23  situated, or (3) a judicial district in which any defendant may be found, if there is no
24  district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a
25  case is filed in the wrong venue, the district court has the discretion either to dismiss the
26  case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. §
27  1406(a). Venue may be raised by the court sua sponte where the defendant has not yet
28  filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks,* 790
    F.2d 1486, 1488 (9th Cir. 1986).

1  | Plaintiff complains about conditions of confinement at a jail located in Butte
2  | County, within the venue of the Eastern District of California. *See* 28 U.S.C. § 84.
3  | Therefore, the Court will transfer this action to the United States District Court for the
4  | Eastern District of California. Accordingly, IT IS ORDERED in the interest of justice,
5  | and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United
6  | States District Court for the Eastern District of California. The Clerk of the Court shall
7  | transfer this matter forthwith. In light of the transfer, the Court will not resolve
8  | Plaintiff's pending motions (docket nos. 2, 3).

IT IS SO ORDERED.

DATED: May 10, 2007

*[signature: Jeffrey S. White]*

JEFFREY S. WHITE
United States District Judge

2